## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Urban, Keith A

Urban, Julie

Printed: 6/24/08

Case Number:  04 B 29208

Judge:  Wedoff, Eugene R

Filed:  8/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  May 23, 2008

Confirmed:  September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,725.00 |  |
| Secured: |  | 11,260.26 |
| Unsecured: |  | 9,058.42 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,194.00 |
| Trustee Fee: |  | 1,213.42 |
| Other Funds: |  | 1,998.90 |
| Totals: | 24,725.00 | 24,725.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Urban & Burt Ltd | Administrative | 1,194.00 | 1,194.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 4,423.67 | 4,423.67 |
| 4. | HSBC Auto Finance | Secured | 6,836.59 | 6,836.59 |
| 5. | Premier Bankcard | Unsecured | 436.89 | 436.89 |
| 6. | HSBC Auto Finance | Unsecured | 5,497.25 | 5,497.25 |
| 7. | Digital Data Limited | Unsecured | 118.53 | 118.53 |
| 8. | United Student Aid Funds Inc | Unsecured | 3,005.75 | 3,005.75 |
| 9. | Disney | Unsecured | | No Claim Filed |
| 10. | Music Education Services | Unsecured | | No Claim Filed |
| 11. | St Francis Hospital | Unsecured | | No Claim Filed |
| 12. | St Francis Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,512.68 | $ 21,512.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 228.16 |
| 4% | 46.80 |
| 3% | 17.55 |
| 5.5% | 356.40 |
| 5% | 88.52 |
| 4.8% | 170.48 |
| 5.4% | 305.51 |
| | _____ |
| | $ 1,213.42 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Urban, Keith A
Urban, Julie
Printed: 6/24/08

Case Number: 04 B 29208
Judge: Wedoff, Eugene R
Filed: 8/6/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

